```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUAN FLORES, on behalf of himself and all
other person similarly situated,

                        Plaintiffs,            JUDGMENT
        v.                                     22-cv-05937-RPK-JRC

GRAPHICS SERVICE BUREAU, INC. d/b/a
GSB DIGITAL, STEPHAN STEINER and
TROY STEINER,

                        Defendants.
----------------------------------------------------------------X
```

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 13, 2023; and defendants, Defendants Graphics Service Bureau, Inc. d/b/a GSB Digital ("GSB"), Stephan Steiner ("S. Steiner"), and Troy Steiner ("T. Steiner"), having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Angel Batista in the amount of $1,000, inclusive of all damages, including but not limited to back wages, liquidated damages, interest, costs, and reasonable attorneys' fees incurred by Batista in litigating his FLSA claims to the date of this offer;  it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Angel Batista and against defendants, Defendants Graphics Service Bureau, Inc. d/b/a GSB Digital ("GSB"), Stephan Steiner ("S. Steiner"), and Troy Steiner ("T. Steiner"), in the amount of $1,000, inclusive of all damages, including but not limited to back wages, liquidated damages, interest, costs, and reasonable attorneys' fees incurred by Batista in litigating his FLSA claims to the date of this offer.

Dated: Brooklyn, New York  
       June 21, 2023

Brenna B. Mahoney  
Clerk of Court

By: <u>*/s/Jalitza Poveda*</u>  
     Deputy Clerk